# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE:<br><br>MuniVest Services, LLC, et al.<br><br>    Debtors. | Case No. 10-71403-pjs<br>Chapter 7<br>(Jointly Administered)<br><br>Hon. Phillip J. Shefferly |
| Gene R. Kohut, Chapter 7 Trustee for MuniVest Services, LLC, et al.,<br><br>    Plaintiff,<br><br>        v.<br><br>International Union, United Automobile, Aerospace and Agricultural Implement Workers of America Local 372,<br><br>    Defendant. | Adv. P. No. 12-05897 (PJS) |

## DEFENDANT'S FIRST SET OF INTERROGATORIES

Pursuant to Federal Rule of Civil Procedure 33 and Bankruptcy Rule 7033, Defendant Local 372 of the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America ("the Local") hereby requests that Plaintiff Gene R. Kohut answer separately and fully in writing, under oath, the interrogatories set forth herein and serve his answers upon the undersigned counsel for Defendant on or before April 30, 2013.

## DEFINITIONS

1. The definitions set forth in Defendant's First Set of Document Requests apply to these interrogatories.

2. "Identify" means to give, to the extent known, the person's full name; present or last known address; telephone number(s); and present or last known place of employment.

1

## INSTRUCTIONS

1. In answering these interrogatories, furnish all information that is available to you or otherwise subject to your custody or control.

2. These interrogatories shall be continuing in nature, and to the extent that answers thereto may be modified by information discovered by you subsequent to the service of your initial answers hereto, you are requested to serve promptly thereafter supplemental answers setting forth such information.

3. If you have some information responsive to a particular request but cannot for whatever reason give the specific information or the full information requested, state that this is the case; give the particular reasons for your inability to provide specific or full information; give the best or most complete or most specific information that you can provide on the subject; and identify every person whom you believe has the requested information.

4. With respect to any interrogatory to which you assert a claim of privilege, provide, at the time the interrogatories are answered, a statement signed by your attorney setting forth the basis for your claim of privilege and fully identifying any information withheld that may be within the scope of the request.

## INTERROGATORIES

1. Indicate the date that Lapeer County first invested with Munivest and/or DeMiro; the date that it first began the due diligence described in paragraph 56 of the Complaint; and the amount of payments or transfers that it received from Munivest between those two dates.

2. Provide a list by name of all individuals and entities that invested in Munivest and state, for each:

    a. the date that the investor first invested in Munivest;
    b. the total amount the investor invested;
    c. the total amount of transfers or payments that the investor received from Munivest;

d. the time period over which the investor received transfers or payments from Munivest;
e. the date, to the extent known, that the investor either first learned of the existence of the Ponzi scheme or undertook due diligence that led it to learn of the Ponzi scheme.

3. Identify any representatives, employees or agents of DeMiro and/or Munivest (including DeMiro) from whom you obtained information to support your allegations in the Complaint or whom you quoted in the Complaint. For each person identified, indicate
    a. his/her title or role with Munivest;
    b. what information you obtained from him/her;
    c. what allegations in the Complaint were based in whole or in part on that information; and
    d. what quotes in the Complaint are from the person identified.

4. Identify and provide the current employer and job title, and any known prior employer and job title, of each of the following individuals listed in your Initial Disclosures: Ed Wormsbacher; Emily Jones; Sam Senawi; January Jarecki.

5. Set forth the facts on which you base your allegation in paragraph 24 of the Complaint that Debtors offered the Local "a rate of return that exceeded similar investments in the marketplace."

6. Set forth the facts on which you based your allegation in paragraph 36 of the Complaint that the Local "is a sophisticated investor."

7. Set forth the facts on which you based your allegation in paragraph 36 of the Complaint that the Local "has access to professional investment advisors."

8. Set forth the facts on which you base your allegation in paragraph 36 of the Complaint that the Local "invested millions of dollars across a broad array of sources."

9. Set forth each and every fact that your contend constituted a "red flag" or put the Local on inquiry notice of Munivest's fraudulent purpose.

10. Set forth all purported investments made by the Local with Munivest, including the date of the purported investment; the amount of the purported investment; the promised rate of return; and in what bank or other entity Munivest purportedly invested the money.

11. Identify each of the "[o]ther investors" referred to in paragraphs 56 of the Complaint and, for each, indicate

    a. what "red flags" the investor saw; and
    b. for how long a period of time the investor accepted transfers or payments from Munivest

3

12. Explain the basis for your allegation in paragraph 55 of the Complaint that changing broker-dealers three times in six years is "a high turnover rate in the industry."

13. Explain what "information that was standard in the industry," alleged in paragraph 26 of the Complaint, was lacking from Munivest's statements.

Dated: March 25, 2013

/s/ *Peter D. DeChiara*
Peter D. DeChiara
Joshua J. Ellison
COHEN, WEISS AND SIMON LLP
330 West 42nd Street
New York, New York 10036-6976
Tel: 212-356-0216
Emails: pdechiara@cwsny.com
jellison@cwsny.com

James R. Andary (P10165)
Jeffrey R. Davis (P47438)
Andary, Andary, Davis & Andary
10 South Main Street, Suite 405
Mount Clemens, MI 48043
Tel: (586) 463-9883
Email: jamesrandary@andarydavislaw.com

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing to be served this 26th day of March 2013 by ECF and by email upon:

>Adam L. Kochenderfer
>3150 Livernois, Suite 275
>Troy, MI 48083
>akochenderfer@wolfsonbolton.com

>*Peter DeChiara*
>Peter D. DeChiara
>Cohen, Weiss and Simon LLP
>330 West 42nd Street
>New York, NY 10036
>(212) 356-0216
>pdechiara@cwsny.com